210

The People of the State of Illinois, Respondent-Appellee, *v.* Edward Thigpen, Petitioner-Appellant.

(No. 57472; )

First District (5th Division)—May 25, 1973.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Harold A. Cowen, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.

The People of the State of Illinois, Plaintiff-Appellee, *v.* Gerald Garnes, Defendant-Appellant.

(No. 57083; )

First District (5th Division)—May 25, 1973.

